PK

FILED
6/17/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Julius Price
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart
Katsareas cook county officer
Kibler cook county officer
_____

_____

**RECEIVED**

MAY 2 5 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:16-cv-5604
Judge Charles P. Kocoras
Magistrate Judge Jeffrey T. Gilbert
PC1

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
   U.S. Code (state, county, or municipal defendants)

___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
   28 SECTION 1331 U.S. Code** (federal defendants)

___  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Julius Price

B. List all aliases: N/A

C. Prisoner identification number: 20120603129

D. Place of present confinement: Cook County Jail

E. Address: 2600 S. California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Tom Dart

Title: Sherriff of Cook County Jail

Place of Employment: 50 W. Washington Daley center chicago IL, 60604

B. Defendant: Katsareus

Title: Cook County officer

Place of Employment: Cook County Jail

C. Defendant: Kibler

Title: Cook County officer

Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Price v. Mosley 14-CV-4630

B. Approximate date of filing lawsuit: May 22, 2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Julius Price

D. List all defendants: Tom Dart, Sgt. Anderson, and officer Mosley.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States Northeren District of Illinois.

F. Name of judge to whom case was assigned: Judge Charles P. Kocoras

G. Basic claim made: unjustifed force

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed for non-exhaust of administrative remedies. Appealed. Not accept because could not pay filing fee.

I. Approximate date of disposition: December 2, 2015

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: _Julius Price v. Tom Dart, etc, et al 1:16-cv-5101_

    B. Approximate date of filing lawsuit: _April 23, 2016_

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Julius Price_

    D. List all defendants: _Tom Dart, K. Harris, Sgt. White, Sgt. Nalepa, R. Reinhart, Mcgawson, and unknow officer_

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _United States Northern district of Illions_

    F. Name of judge to whom case was assigned: _Judge Charles P. Kocoras_

    G. Basic claim made: _negligant, unjustifed force, delay in medical care._

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending._

    I. Approximate date of disposition: _Pending April 23, 2016_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

# Prelimiray Statements

① This action stems from a April 21, 2016 Aggravated battery by a detainee housed at the Cook County Jail.

② On April 21, 2016 when detainee Price informed officers Katsareas and Kibler that he had a problem with detainee Mack both detainees were still taken to the law libary with detainee Mack not proplerly Secured.

③ As a result of this Aggravated battery on detainee Price he Sustain a split left ear and a busted head.

④ Not only did detainee Price inform trained Professionals in a Authoritative Position of a Problem but he was assaulted because they didn't take the proper measures to protect his personal health, and Safty.

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(5) On April 21, 2016 at App. 11:00 A.M I was called to go to the law libary. (6) Before I went to the law libary I informed officers Katsareas and Kibler that I didn't want or feel safe around detainee Mack because he was trying to fight me. (7) A few weeks prior I had a fight with detainee Mack lover/boyfriend Robert Moore. (8) Detainee Mack stated he was going to kill me when he got his hands on me in front of officals. (9) I told officers Katsareas and Kibler I didnt feel safe around detainee Mack and he wanted to hurt me. (10) Both officers informed me detainee Mack will be handcuffed and his hands secured behind his back. (11) However detainee Mack wasn't never handcuffed behind his back going to or coming back from the law libary. (12) Only one of detainee Mack hands was cuffed and the other hanging because detainee Mack at one point had a injuryed arm. (13) However that was sometime ago and he didn't show officer Katsareas a medical slip to be handcuffed to the front. (14) As a result of detainee

4                                         Revised 9/2007

Mack not being properly secured even if he did have a broken arm. Once we were coming back from the law libary he struck me in the back of my head and bust it open and split my ear with his handcuff in front of officers Katsareas and Kibler. (15) I complain due to negligent and failure to protect on officers Katsareas and Kibler after I told them of a problem I recived a busted head and my left ear was split open. with a pair of handcuffs by detainee Mack.
(16) Exhibits A-E inmate grievance.
(17) Exhibits F reply to grievance.
(18) Exhibit G Appeal to grievance and response to grievance.

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff respectively request that he recives appopriate compensatory and puniative damages against all defendants. Plaintiff also request that the coast of this action, inculding attorney fee be taxed against all defendants.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this May day of 16 , 20 16

Julius Price
(Signature of plaintiff or plaintiffs)

Julius Price
(Print name)

2012060329
(I.D. Number)

P.O. Box 089002
Chicago IL, 60608
(Address)

Revised 9/2007



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

**CONTROL #:** Exhibit A
**INMATE ID #:**

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (! Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:**
- [ ] EMERGENCY GRIEVANCE
- [ ] GRIEVANCE
- [ ] NON-GRIEVANCE (REQUEST)

Pg # 1 of 5

**REFERRED TO:**
- [ ] CERMAK HEALTH SERVICES
- [ ] SUPERINTENDENT: _____
- [ ] OTHER: _____

### INMATE INFORMATION (Información del Preso)

**PRINT - INMATE LAST NAME:** Price
**PRINT - FIRST NAME:** Julius
**INMATE BOOKING NUMBER:** 20120603129
**DIVISION:** 9
**LIVING UNIT:** 3G
**DATE:** 4/21/16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

**DATE OF INCIDENT:** 4/21/16
**TIME OF INCIDENT:** App. 11:00 A.M
**SPECIFIC LOCATION OF INCIDENT:** inner lock of 3H & 3G

On the above date and time I was called to go to the law libary. Before I went to the law libary I informed officers Katsareas and Kibler that I didn't want to be around detainee Mack because he was trying to fight me. A few weeks prior I had a fight with detainee Mack lover/boyfriend Robert Moore. Detainee Mack stated he was going to kill me when

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED:**

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**

**INMATE SIGNATURE AND DATE:** Julius Price

**CRW/PLATOON COUNSELOR (Print):** R. Tewl
**SIGNATURE:** [signature]
**DATE CRW/PLATOON COUNSELOR RECIEVED:**

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40)(SEP 14)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

Case: 1:16-cv-05604 Document #: 5 Filed: 06/23/16 Page 10 of 15 PageID #:37

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #:** Exhibit B    **INMATE ID #:**

### ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(¡ Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

*Pg# 2 OF 5*

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* Price
**PRINT - FIRST NAME** *(Primer Nombre):* Julius
**INMATE BOOKING NUMBER** *(# de identificación del detenido):* 20120603129
**DIVISION** *(División):* 9
**LIVING UNIT** *(Unidad):* 3G
**DATE** *(Fecha):* 4/21/16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** *(Fecha Del Incidente):* 4/21/16
**TIME OF INCIDENT** *(Hora Del Incidente):* APP. 11:00 A.M
**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente):* inner lock of 3H & 3G

he got his hands on me. I told officers Katsareas and Kibler I didn't feel safe around detainee Mack and he wanted to hurt me. Both officers informed me detainee Mack will be handcuffed and his hands secured behind his back. However detainee Mack wasn't handcuffed behind his back and once we were coming back from the law library detainee Mack attacked me

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

### IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* Julius Price

### SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** R. Jeeler
**SIGNATURE:**
**DATE CRW/PLATOON COUNSELOR RECIEVED:**

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40)(SEP 14)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: Exhibit C
INMATE ID #:

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

### GRIEVANCE FORM PROCESSED AS:
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

Pg # 3 of 5

### REFERRED TO:
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME: Price
PRINT - FIRST NAME: Julius
INMATE BOOKING NUMBER: 20120603129
DIVISION: 9
LIVING UNIT: 3G
DATE: 4/21/16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

DATE OF INCIDENT: 4/21/16
TIME OF INCIDENT: App. 11:00 A.m
SPECIFIC LOCATION OF INCIDENT: innerlock of 3H & 3G

while my hands were handcuffed behind my back. Due to this attack my head was busted and my left ear was split open because detainee Mack hit me with one of his handcuffs. Please note detainee Mack was never handcuffed behind his back going to or coming back from the law library. Only one of his hands had handcuffs on them because Mack stated he had a broken arm

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED**

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

INMATE SIGNATURE AND DATE: Julius Price

CRW/PLATOON COUNSELOR (Print): R Jour
SIGNATURE: [signature]
DATE CRW/PLATOON COUNSELOR RECEIVED:

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE:
DATE REVIEWED:

(FCN-40)(SEP 14)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #:** Exhibit D
**INMATE ID #:**

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (¡ Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:** Pg # 4 of 5
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION (Información del Preso)

**PRINT - INMATE LAST NAME** (Apellido del Preso): Price
**PRINT - FIRST NAME** (Primer Nombre): Julius
**INMATE BOOKING NUMBER**: 20120603129
**DIVISION** (División): 9
**LIVING UNIT** (Unidad): 3G
**DATE** (Fecha): 4/21/16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT**: 4/21/16
**TIME OF INCIDENT**: App. 11:00 A.M
**SPECIFIC LOCATION OF INCIDENT**: innerlock of 3H & 3G

by didn't show the paperwork to be handcuffed to the back. I complain that due to officers Katsareas and Kibler failure to poperley secure detainee Mack or respound when I informed them of the problem constituted a deliberate indifference to my personal health and safety. Compare Giroux v. Somerset County 178 F.3d 28, 34 (1st cir. 1999) (8th Amendment claim stated because inmate alleged officials had

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** (Acción que esta solicitado, Esta sección debe completarse)

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
(Nombre del personal o presos que tengan información:)

**INMATE SIGNATURE AND DATE:** Julius Price

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** R. Jean
**SIGNATURE:**
**DATE CRW/PLATOON COUNSELOR RECIEVED:**

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40)(SEP 14)　　(WHITE COPY – INMATE SERVICES)　　(YELLOW COPY – CRW/PLATOON COUNSELOR)　　(PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #:** Exhibit E

**INMATE ID #:**

---

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

pg# 5 of 5

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

---

**INMATE INFORMATION** *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* Price

**PRINT - FIRST NAME** *(Primer Nombre):* Julius

**INMATE BOOKING NUMBER** *(# de identificación del detenido):* 20120603129

**DIVISION** *(División):* 9

**LIVING UNIT** *(Unidad):* 3G

**DATE** *(Fecha):* 4/21/16

---

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

**DATE OF INCIDENT** *(Fecha Del Incidente):* 4/21/16

**TIME OF INCIDENT** *(Hora Del Incidente):* App 11:00 A.M

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente):* innerlock of 3H & 3G

awareness of impending attack by fellow prisoner and failed to take action.) Officers Katsareas and kibler knew that I faced substantial risk of serious harm and disregared that risk by failing to ~~see~~ make reasonable measures to protect me.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I would like to be made whole.

---

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* Julius Price

---

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):**  **SIGNATURE:**  **DATE CRW/PLATOON COUNSELOR RECIEVED:**

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**  **SIGNATURE:**  **DATE REVIEWED:**

(FCN-40)(SEP 14)  **(WHITE COPY – INMATE SERVICES)**  **(YELLOW COPY – CRW/PLATOON COUNSELOR)**  **(PINK COPY – INMATE)**

# Inmate Grievance Number: **20163480**

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

You may follow-up with the Office of Professional Review by contacting their office directly *or* submitting an inmate request form, to speak with the Divisional Superintendent.

Office of Professional Review
3026 S. California Ave
Building 4 / 4th floor
Chicago, Illinois 60608

**INMATE COPY**

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #:** 2016 3480

### INMATE INFORMATION *(Información del Preso)*

- **INMATE LAST NAME** *(Apellido del Preso):* Price
- **INMATE FIRST NAME** *(Primer Nombre):* Julius
- **ID Number** *(# de identificación):* 12-0603129

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

**CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:**
080 Failure to protect

**IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):**
Copy given to Supt

**CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO:** OPR I/S
**DATE REFERRED:** 4/22/16

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**
See Attachment

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** OSEPA
**SIGNATURE:** Moreno
**DIV./DEPT.:** IS
**DATE:** 04/22/16

**SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):** 
**DATE:** 

☐ GRIEVANCE SUBJECT CODE: ___
☐ NON-GRIEVANCE SUBJECT CODE: ___

**INMATE SIGNATURE:** X Julius Price
**DATE RESPONSE WAS RECEIVED:** 4/22/16

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* *Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 4/22/16

**INMATE'S BASIS FOR AN APPEAL:**
I want to appeal because detainee Mack used handcuffs to hit me with while my hands were behind my back. If Mack was properly secured it would have never happened.

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes ☐  No ☒

**ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION:**
Original response to stand

**ADMINISTRATOR / DESIGNEE:** JMueller
**DATE:** 4/30/16

**INMATE SIGNATURE:** X Julius Price
**DATE INMATE RECEIVED APPEAL RESPONSE:** 5/10/16

Julius Price 2012-0603129
P.O. Box 089002
Chicago IL 60608

Legal mail

Legal mail

Prisoner Correspondence
Office of the Clerk
U.S District Court
219 S Dearborn St
Chicago IL 60604

1:16-cv-5604
Judge Charles P. Kocoras
Magistrate Judge Jeffrey T. Gilbert
PC1